# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DOUGLAS GERARD TRINKLE, )
)
                Plaintiff, )     Case No. 2:15-cv-02248-GMN-GWF
)
vs. )     **ORDER**
)
GEICO CASUALTY COMPANY, )
)
              Defendant. )
_____)

      This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (#12) filed January 11, 2016. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. The parties indicate the Defendant's Answer was filed on January 8, 2016; however, the Answer was filed on November 30, 2015. Even though the proposed Order does not expressly request discovery beyond 180 days, the proposed Scheduling Order before the Court actually requests 218 days. Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Stipulated Discovery Plan and Scheduling Order filed (#12) is denied, without prejudice.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review, within seven (7) days of the date of this order.

DATED this 12th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge