ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO General Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS GERARD TRINKLE,<br><br>             Plaintiff,<br><br>      vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; and DOES 1 – 20, inclusive,<br><br>             Defendants. | CASE NO. 2:15-cv-02248-GMN-GWF<br><br>**STIPULATION TO SUBSTITUTE PARTY AND AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DOUGLAS GERARD TRINKLE, by and through his attorney, Kristopher M. Helmick, Esq. of the Richard Harris Law Firm, and Defendant GEICO CASUALTY COMPANY by and through its attorney, Danielle C. Miller, Esq. of Lewis Brisbois Bisgaard & Smith LLP, that GEICO CASUALTY COMPANY be removed as a defendant in this matter and the proper defendant, "GEICO GENERAL INSURANCE COMPANY" be substituted in its place and stead, with the substitution relating back to the date of the filing of Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that the allegations against GEICO CASUALTY COMPANY in Plaintiff's Complaint shall be deemed to be effective as to GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY"S Answer to Plaintiff's Complaint shall be deemed to have been filed by GEICO GENERAL INSURANCE COMPANY and all admissions, denials, allegations and affirmative

4828-2647-5055.1

defenses shall be effective as to GEICO GENERAL INSURANCE COMPANY as if GEICO GENERAL INSURANCE COMPANY had filed a separate Answer.

  IT IS FURTHER STIPULATED AND AGREED that the caption in this matter shall be amended so as to substitute GEICO GENERAL INSURANCE COMPANY in place and in stead of GEICO CASUALTY COMPANY.

DATED this 17th day of March, 2016.  DATED this 17th day of March, 2016.

RICHARD HARRIS LAW FIRM  LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Kristopher M. Helmick*  */s/ Danielle C. Miller*

By: _____  By: _____
Kristopher M. Helmick, Esq.  ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 013348  Nevada Bar No. 003062
801 South Fourth Street  DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89101  Nevada Bar No. 009127
*Attorneys for Plaintiff*  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  *Attorneys for Defendant*
  *GEICO General Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2016

4828-2647-5055.1  2