ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS GERARD TRINKLE,<br><br>            Plaintiff,<br><br>      vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; and DOES 1 - 20, inclusive,<br><br>            Defendants. | CASE NO. 2:15-cv-02248-GMN-GWF<br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND TO STAY COURT PROCEEDINGS** |

Plaintiff DOUGLAS GERARD TRINKLE ("Plaintiff') and Defendant GEICO CASUALTY COMPANY ("Defendant")(collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1.      Plaintiff and Defendant have previously entered into a Stipulation and Order To Dismiss with Prejudice the Second, Third and Fourth Causes of Action of Plaintiff's Complaint, as well as Plaintiff's claims for punitive and exemplary damages.

2.      Plaintiff's First Cause of Action for Breach of Contract, which is the only remaining cause of action, shall be resolved through binding arbitration in accordance with the terms of an Arbitration Agreement entered into by the parties.

3.      The Arbitration shall be conducted at a time, date and location that is agreeable to the Parties and the Arbitrator.

4.      Pending the completion of the arbitration hearing, this matter shall be

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7487-5704.1

1   stayed.

2       5.     The Parties expressly waive any right to trial by a judge or jury.

3       6.     The Parties expressly waive any right to appeal from the Arbitrator's award

4   or any order made by the Arbitrator.

5       7.     The award of the Arbitrator shall constitute a final determination of the First

6   Cause of action contained in Plaintiff's Complaint (i.e., Plaintiff's claim for underinsured

7   motorist benefits under the GEICO policy);

8       8.     Pursuant to the terms of the Arbitration Agreement, the Parties will, upon

9   the execution of the Binding Arbitration Agreement, stipulate to dismissal of this action,

10  with prejudice, reserving the right to this Court the authority to enforce the Agreement.

11      9.     Pursuant to the terms of the Arbitration Agreement, the Arbitrator cannot

12  award costs, interest, or attorneys' fees and the parties will bear their own attorneys' fees

13  and costs.

14      10.    The Arbitrator's fees shall be borne equally by the Parties as a non-

15  recoverable item of costs.

16  DATED this 5th October, 2016.             DATED this 5th October, 2016..

17

18      RICHARD HARRIS LAW FIRM         LEWIS BRISBOIS BISGAARD & SMITH LLP

19

20  */s/ Kristopher M. Helmick*             */s/ Danielle C. Miller*
    By: _____        By: _____

21      KRISTOPHER M. HELMICK, ESQ.     ROBERT W. FREEMAN, ESQ.
        Nevada Bar No. 013348            Nevada Bar No. 003062

22      801 South Fourth Street           DANIELLE C. MILLER, ESQ.
        Las Vegas, Nevada 89101         Nevada Bar No. 009127

23      *Attorneys for Plaintiff*           6385 S. Rainbow Boulevard, Suite 600

24                              Las Vegas, Nevada 89118
                                *Attorneys for Defendant*

25                              *GEICO Casualty Company*

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**ORDER**

2
 IT IS SO ORDERED.

3
 DATED this ___13___ day of October, 2016.

4

5
 _____

6
 Gloria M. Navarro, Chief Judge
 UNITED STATES DISTRICT JUDGE

7
Respectfully Submitted by:

8
LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10
 */s/ Danielle C. Miller*

By _____

11
 ROBERT W. FREEMAN, ESQ.
 Nevada Bar No. 003062

12
 DANIELLE C. MILLER, ESQ.
 Nevada Bar No. 009127

13
 6385 S. Rainbow Boulevard, Suite 600

14
 Las Vegas, Nevada 89118
 *Attorneys for Defendant GEICO*

15
 *Casualty Company*

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-7487-5704.1

3