ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS GERARD TRINKLE,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; and DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-02248-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND, THIRD AND FOURTH CAUSES OF ACTION** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff DOUGLAS GERARD TRINKLE ("Plaintiff"), by and through his counsel, Richard Harris Law Firm, and Defendant GEICO CASUALTY COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second, Third and Fourth Causes of Action of Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4832-0897-0296.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 5th day of October, 2016.                    DATED this 5th day of October, 2016.

RICHARD HARRIS LAW FIRM                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kristopher M. Helmick*
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 013348
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

By: */s/ Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
GEICO Casualty Company*

## ORDER

IT IS SO ORDERED.

DATED this \_\_\_13\_\_\_ day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By */s/ Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO
Casualty Company*