ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS GERARD TRINKLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; and DOES 1 – 20, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-02248-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff DOUGLAS GERARD TRINKLE ("Plaintiff"), by and through his counsel, RICHARD HARRIS LAW FIRM, and Defendant GEICO CASUALTY COMPANY ("GEICO") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4813-6838-2016.1

causes of action against GEICO in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 1st day of February, 2017.                   DATED this 1st day of February, 2017.

RICHARD HARRIS LAW FIRM                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

*Kristopher M. Helmick*                                  /s/ *Danielle C. Miller*

By: _____                             By: _____
  KRISTOPHER M. HELMICK, ESQ.                              ROBERT W. FREEMAN, ESQ.
  Nevada Bar No. 013348                                    Nevada Bar No. 003062
  801 South Fourth Street                                  DANIELLE C. MILLER, ESQ.
  Las Vegas, Nevada 89101                                  Nevada Bar No. 009127
  *Attorneys for Plaintiff*                                6385 S. Rainbow Boulevard, Suite 600
                                                           Las Vegas, Nevada 89118
                                                           *Attorneys for Defendant*
                                                           *GEICO Casualty Company*

## ORDER

IT IS SO ORDERED.

DATED this ___3___ day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Danielle C. Miller*
By _____
  ROBERT W. FREEMAN, ESQ.
  Nevada Bar No. 003062
  DANIELLE C. MILLER, ESQ.
  Nevada Bar No. 009127
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  *Attorneys for Defendant GEICO*
  *Casualty Company*